An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ALLAN STAHL, M.D.,<br>Petitioner,<br>vs.<br>THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RONALD J. ISRAEL, DISTRICT JUDGE,<br>Respondents,<br>and<br>JOHN CHRISTIAN FETCH, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF MYRON FETCH, DECEASED; PAUL FETCH; ERIK FETCH; KYRA CHRISTINA (FETCH) SHELGREN; CHARLES C. HUYNH, M.D.; EMAD S. SOUMI, M.D.; GNOYSKI HUYNH NUYNH REHABILITATION ASSOCIATES OF NEVADA, LTD., A NEVADA PROFESSIONAL CORPORATION; FFN REHABILITATION ASSOCIATES OF NEVADA; AND SUMMERLIN HOSPITAL MEDICAL CENTER, A DELAWARE LIMITED LIABILITY COMPANY,<br>Real Parties in Interest. | No. 62977<br><br>**FILED**<br><br>MAY 2 0 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus, or alternatively, prohibition, challenges a district court order denying a motion in limine in a medical malpractice action.

13-14749

A writ of mandamus is available to compel the performance of an act that the law requires or to control an arbitrary or capricious exercise of discretion. NRS 34.160; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). A writ of prohibition may be warranted when the district court exceeds its jurisdiction. NRS 34.320. Either writ is an extraordinary remedy, and whether such a writ will be considered is within our sole discretion. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Writ relief is not available when an adequate and speedy legal remedy exists, and the right to appeal is generally considered to be such a remedy. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Moreover, it is petitioner's burden to demonstrate that our extraordinary intervention is warranted. *Id.* at 228, 88 P.3d at 844.

Having considered the petition and appendix, we conclude that our intervention by way of extraordinary relief is not warranted. NRAP 21(b)(1); *Smith*, 107 Nev. at 677, 818 P.2d at 851. Specifically, petitioner has an adequate legal remedy in the form of an appeal from any adverse final judgment. *Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

cc: Hon. Ronald J. Israel, District Judge
Mandelbaum, Ellerton & McBride
Watson Rounds
Schuering Zimmerman & Doyle LLP
Law Office of Jacob L. Hafter & Associates
Fox Rothschild, LLP, PA
Fox Rothschild, LLP, Las Vegas
Hall Prangle & Schoonveld, LLC/Las Vegas
Eighth District Court Clerk